No. 174. Sealfon v. United States. 
Certiorari granted. *Robert T. McCracken, Lemuel B. Schofield* and *Thomas D. McBride* for petitioner. *Solicitor General Perlman, W. Marvin Smith, Robert S. Erdahl*

and *Philip R. Monahan* for the United States.

